**IT IS SO ORDERED.**

**Dated: 01:25 PM October 13 2006**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 06-50439 |
| ) | Chapter 13 |
| Patrick Joseph McNeill | |
| ) | |
| Judith Ann McNeill | |
| ) | |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| ) | |
| | ORDER ALLOWING SALE OF REAL ESTATE |

This matter is before the Court upon consideration of a motion of the above-captioned debtors to allow them to sell outside of the ordinary course of business the real estate located at 2852 Greenridge Rd., Norton, Ohio as shown on the contract for the purchase and sale of this real estate as shown by an exhibit attached by the debtors to this motion. In this motion, the debtors further represented that as the purchase-price for the real estate was the amount necessary to pay off Countrywide Home Loans to satisfy its mortgage on the real estate, the debtors will not realize any net profit from this sale. It further appears to the Court that as the rent the debtors will no longer receive after the sale of this property will be equal to the mortgage payments to Countrywide Home Loans, this sale will have no net effect on the debtors' income and expenses.

It appears to the Court that a copy of the debtors' motion was sent by ordinary U.S. Mail, postage prepaid, to all parties in interest in the case and that all such parties were notified of their opportunity to object to the motion within ten (10) days from the date of the service of these copies. It further appears to the Court that these ten (10) days have passed and that no party so served has requested a hearing thereon. Based upon this, and upon approval of the chapter 13 trustee, the Court finds that the debtors' motion shall be granted.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that the debtors are permitted to sell the real estate referred to above pursuant to the terms described in their motion.

###

Approved:

/s/ Robert M. Whittington, Jr., Attorney for the Debtors, 0007851

/s/ Jerome L. Holub, Chapter 13 Trustee  FAX APPROVAL RECEIVED 10/12/06

_____
Jerome L. Holub, Trustee, 0015470
Keith Rucinski, Attorney for the Trustee, 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Voice 330 762 6335
Fax 330 762 7072
krucinski@ch13akron.com

cc:
Robert M. Whittington, Jr., 159 S. Main St., #1023, Akron, OH 44308
Jerome L. Holub, Chapter 13 Trustee, I Cascade Plaza, #2020, Akron, OH 44308
U.S. Trustee, 201 Superior Ave. E. #441, Cleveland, OH 44114
Patrick and Judith McNeill, P.O. Box 626, Wadsworth, OH 44282